# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151783

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRIAN WAYNE BEALS,
      Defendant-Appellant.

SC: 151783
COA: 326254
Muskegon CC: 13-064234-FH

_____/

     On order of the Court, the application for leave to appeal the April 23, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016



Clerk

s0718